**Opinion issued March 5, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00994-CV
_____

## DR. LATISHA T. ROWE AND HONEYCOMB CLINIC, LLC, Appellants

## V.

## 4825 ALMEDA LLC, Appellee

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1236567**

---

## MEMORANDUM OPINION

On December 16, 2024, appellants, Dr. Latisha T. Rowe and Honeycomb Clinic, LLC, filed a notice of appeal from the "Associate Judge's Final Judgment and Order for Possession dated December 10, 2024." On February 20, 2025, appellants and appellee, 4825 Almeda LLC, filed a joint motion to dismiss. *See* TEX.

R. APP. P. 42.1(a)(2). In the motion, the parties requested "a full dismissal of th[e] appeal." The motion to dismiss is signed by counsel for the parties.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(2), (c).

Accordingly, the Court grants the parties' motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.